JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH DOMINIC ROSAS,<br><br>                Petitioner,<br><br>      v.<br><br>SANDRA ALFARO, Warden,<br><br>                Respondent. | Case No. LACV 15-989-CJC (LAL)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 29, 2017

                                         HONORABLE CORMAC J. CARNEY
                                         UNITED STATES DISTRICT JUDGE